# JARROD W. SMITH, ESQ., P.L.L.C.
# ATTORNEY AT LAW

---------------------------------------
11 South Main Street
P.O. Box 173
Jordan, New York 13080
EMAIL: jarrodsmithlaw@gmail.com
WEBSITE: WWW.JARRODWSMITH.COM
Tel. No.: (315) 277-5370
Fax No.: (315) 277-5395

May 14, 2020

**VIA ECF**

Hon. Thomas J. McAvoy
U.S. District Judge for NDNY
15 Henry Street
Binghamton, New York 13901

      RE:    Odom v. Syracuse City School District
                Case No.: 19-cv-835

Dear Judge McAvoy:

     I have attached my May 8, 2020 letter to the Syracuse City School District relative to the payment of attorney's fees per your order.  Please let me know if the compliance conference on May 22, 2020 is still warranted.

     My sincerest apologizes to the Court and counsel relative to this matter.

                                            Respectfully,

                                            *JW Smith*

                                            JARROD W. SMITH, ESQ.

JWS/
Attachment
cc:     Defense Counsel (via ECF only)