# JARROD W. SMITH, ESQ., P.L.L.C.
# ATTORNEY AT LAW
----------------------------------------
11 South Main Street
P.O. Box 173
Jordan, New York 13080
EMAIL: jarrodsmithlaw@gmail.com
WEBSITE: www.jarrodwsmith.com
Tel. No.: (315) 277-5370
Fax No.: (315) 277-5395

May 8, 2020

**VIA US MAIL**

Suzanne Slack, Chief Financial Officer
Syracuse City School District
1025 Erie Blvd. West
Syracuse, New York 13204

    RE:    Odom v. Syracuse City School District
                Case No.: 19-cv-835

Dear Ms. Slack:

    Pursuant to Judge McAvoy's April 8, 2020 Order, I have enclosed my firm check #2799 in the amount of $5,000.00 for attorney's fees.

    By copy of this letter via ECF, I have notified the Court and Ms. McClung that I have satisfied the judge's order.

                Very truly yours,

                *JW Smith*

                JARROD W. SMITH, ESQ.

JWS/
cc:    Hon. Thomas J. McAvoy (via ECF only)
        Katherine McClung, Esq., (via ECF only)